# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Afzal Lokhandwala, et al ,

Plaintiff(s),

v.

KFC Corporation,

Defendant(s).

Case No. 17 CV 5394
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: For the reasons explained in the Memorandum Opinion and Order, this Court grants Defendant's motion to dismiss [26] with prejudice and grants Plaintiff's motion to dismiss [38] with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.


Date: 1/23/2018                         Thomas G. Bruton, Clerk of Court

                                        G. Lewis , Deputy Clerk